JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> A.STEEN INVESTMENTS CORP., a California corporation, d.b.a. "LA CONCRETE & GRINDING," "LMS TRANSPORT," and "BORDEN EQUIPMENT AND PAVEMENT SOLUTIONS," <br><br> Defendant. | CASE NO.:  EDCV13-972 ODW (OPx) <br><br> ASSIGNED TO THE HONORABLE OTIS D. WRIGHT, II <br><br> [PROPOSED] JUDGMENT |

This action having been commenced on May 29, 2013, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., and against defendant, A.STEEN INVESTMENTS CORP., a California corporation, d.b.a. "LA CONCRETE & GRINDING," "LMS TRANSPORT," and "BORDEN EQUIPMENT AND PAVEMENT SOLUTIONS", and for good cause shown,

740974

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

(1)    Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST shall recover from defendant A.STEEN INVESTMENTS CORP., a California corporation, d.b.a. "LA CONCRETE & GRINDING," "LMS TRANSPORT," and "BORDEN EQUIPMENT AND PAVEMENT SOLUTIONS," the principal amount of $95,781.69, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum accruing from September 15, 2013, until the judgment is paid in full.

(2)    This Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the parties' Settlement Agreement.

Dated: __October 16, 2013__     _____

UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT

740974